■ FAB INDUSTRIES, INC., Respondent, v BORDEN, INC., Appellant.—Judgment and order, Supreme Court, New York County (Eugene Nardelli, J.), entered on April 11, 1989 and June 22, 1989, respectively, unanimously affirmed for the reasons stated by Eugene Nardelli, J. Respondent shall recover of appellant one bill of $250 costs and disbursements of these appeals. Concur— Murphy, P. J., Kassal, Ellerin, Smith and·Rubin, JJ.

■ STATE OF NEW HAMPSHIRE DIVISION OF HEALTH AND HUMAN SERVICES, Respondent, v HERBERT TUCHMAN et al., Appellants.—Order, Supreme Court, New York County (Myriam Altman, J.), entered on or about January 18, 1990, unanimously affirmed, for the reasons stated by Myriam Altman, J. Respondent shall recover of appellants $250 costs and disbursements of this appeal. Concur—Sullivan, J. P., Carro, Rosenberger and Asch, JJ.

■ GRETCHEN L. JOHNSTON, Respondent, v OSWALD L. JOHNSTON, JR., Appellant.—Clarification granted to extent of deleting decretal paragraph of this court's order (161 AD2d 125) entered on May 1, 1990 and substituting therefor the following (with additions italicized): "It is unanimously ordered that the judgment (denominated order) so appealed from be and the same is hereby modified, on the law and facts, solely to vacate that portion of the award which ruled upon respondent's support obligations to Anthony and *remand it* for a new hearing before the same arbitrator on that issue only, and *to provide that* the award is otherwise *confirmed, and, as modified, the judgment is otherwise* affirmed, without costs and without disbursements." Concur—Kupferman, J. P., Asch, Wallach, Smith and Rubin, JJ.